UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ON BEHALF OF ITS AGENCY, SECRETARY OF U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, <br>     Plaintiff, <br>   v. <br> WILLIAM P. BUTCHER AS SPECIAL REPRESENTATIVE OF THE ESTATE OF BURNS COPELAND; NEAL COPELAND; ROCHELLE HARRIS; MARLENE DODINVAL; CAMBRIDGE ON THE LAKE HOMEOWNERS' ASSOCIATION; CAMBRIDGE ON THE LAKE BURGUNDY BUILDING; UNKNOWN HEIRS AND LEGATEES OF BURNS COPELAND; UNKNOWN OWNERS AND NON-RECORD CLAIMANTS, <br>     Defendant. | Case No.: 14-cv-2881 <br><br> Judge: Rebecca Pallmeyer <br><br> Magistrate Judge Jeffrey Cole |

## MOTION FOR ENTRY OF JUDGMENT OF FORECLOSURE

NOW COMES, Plaintiff, UNITED STATES OF AMERICA, ON BEHALF OF ITS AGENCY, SECRETARY OF U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, by and through its attorneys, Potestivo & Associates, P.C., and moves this Honorable Court, for the Entry of a Judgment of Foreclosure.

In support, attached please find Plaintiff's Affidavit of Prove-Up. (See Exhibit "1", Affidavit).

                                                Respectfully submitted,

                                                ZACHARY T. FARDON

                                                United States Attorney

                                                By: *s/Caleb J. Halberg*
                                                     CALEB J. HALBERG
                                                     Attorney for the United States
                                                     223 W. Jackson Blvd., Suite 610
                                                     Chicago, IL 60606
                                                     (312) 263-0003
                                                     chalberg@potestivolaw.com

# CERTIFICATE OF SERVICE

I, Caleb J. Halberg , certify that a true and correct copy of the foregoing **Motion for Entry of Judgment of Foreclosure** was served upon counsel of record, if any, through operation of the Court's Case Management/Electronic Case Files system on August 3, 2014, and on the following non-ECF filers by first class mailing on August 4, 2014:

William Butcher, Special Representative
for the Estate of Mary A. Briggs
2044 Ridge Road
Homewood, IL  60430

Neal Copeland
1163 Devonshire Rd.
Buffalo Grove, IL  60089

Rochelle Harris
701 Silver Rock Lane
Buffalo Grove, IL60089

Marlene Dodinval
2741 Alison Lane
Wilmette, IL  60091

The Cambridge on the Lake Homeowners' Association
Katie Lawson Assistant Property Manager
200 Lake Blvd., Mgt Office
Buffalo Grove, IL  60089

The Cambridge on the Lake Burgandy Building
Rick J. Erickson
716 Lee St.
Des Plaines, IL  60616

Unknown Heirs and Legatees of Burns Copeland
175 Lake Blvd. Unit 309
Buffalo Grove, Illinois  60089

Unknown Owners and Non-Record Claimants
175 Lake Blvd. Unit 309
Buffalo Grove, Illinois  6008

    *s/Caleb J. Halberg*
    CALEB J. HALBERG
    Attorney for the United States
    223 W. Jackson Blvd., Suite 610
    Chicago, IL 60606
    (312) 263-0003
    chalberg@potestivolaw.com